Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Northern Division



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

FEB 29 2024

ARTHUR JOHNSTON
BY _____ DEPUTY

|  |  |
|---|---|
| COS O. DENHAM | ) Case No. 3:24-cv-116-HTW-LGI |
|  | ) *(to be filled in by the Clerk's Office)* |
|  | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | ) |
| UNITED STATES GOVERNMENT | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | COS O. DENHAM |
| Street Address | 318 North St. |
| City and County | Union, Neshoba |
| State and Zip Code | MISSISSIPPI 39365 |
| Telephone Number | 6016974262 |
| E-mail Address | MR.SIPPI601@YAHOO.COM |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | MISSISSIPPI DEPARTMENT OF HUMAN SERVICES |
| Job or Title *(if known)* | DEPARTMENT |
| Street Address | 1016 HOLLAND AVE |
| City and County | PHILADELPHIA |
| State and Zip Code | MS 39350 |
| Telephone Number | 6016561231 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | UNITED STATES GOVERNMENT |
| Job or Title *(if known)* | GOVERNMENT |
| Street Address | 1600 PENNSYLVANIA AVE |
| City and County | NW WASHINGTON, DC |
| State and Zip Code | DC 20500 |
| Telephone Number | 2024561111 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
DOJ TITLE VI SECTION IX, NO FEAR ACT, WHISTLEBLOWER'S PROTECTION ACT(WPA), 5USC 2302, RESPONDEAT SUPERIOR

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

SECTION III

STATEMENTS OF CLAIM

1.)IN THE EVENT OF 1.) ON 8/22/2023, I RECEIVED A DISCRIMINATORY LETTER FROM THE MISSISSIPPI DEPARTMENT OF HUMAN SERVICES NOTIFYING ME OF MY CASE, PROFILE, APPLICATION SUBMITTED TO THE DEPARTMENT OF HUMAN SERVICES REQUESTING FOOD STAMPS FROM THE SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM(SNAP) HAVING BEEN FORWARDED AND PLACED IN A SOCIAL CLASS NAMED ABLE BODY ADULT WITHOUT A DEPENDENT (ABAWD) DUE TO THE FACT THAT I DO NOT HAVE A CHILD OR DEPENDENT IN THE HOUSEHOLD LIVING WITH ME. THIS LETTER CONTINUED TO EXPLAIN THAT THERE HAS BEEN AN APPOINTMENT SET ON 8/29/2023 @9:00am TO DISCUSS MY ELIGIBILITY FOR THE PROGRAM DO TO THE ABSENCE OF A DEPENDENT AND THE EXPIRATION OF A VOUCHER THE RULES AND REGULATIONS OF A 3 MONTH OUT OF 36 MONTHS  VOUCHER HAVING EXPIRED AND LEAVING MY PROFILE AND SNAP APPLICATION SUBJECT TO A DISCRIMINATORY PLACEMENT WITHIN (ABAWD) DUE TO MY PLACEMENT INTO THIS GROUP, MY CASE WAS CLOSED WHICH IS A CLEAR DISCRIMINATION OF AN APPLICANT SEEKING ASSISTANCE FROM A FEDERALLY FUNDED GOVERNMENT PROGRAM WHICH IS A CLEAR VIOLATION OF THE NO FEAR ACT AND DOJ TITLE VI SECTION IX PROVING GROUNDS FOR A PUNITIVE CLAIM OF $14,191,616,766.5(x2), TOTALLING A PUNITIVE PAYMENT OF $28,383,233,532.9 FOR THIS CLAIM ALONE.

2.) IN THE EVENT OF 2.) ON 9/8/2023 A LETTER FROM THE MISSISSIPPI DEPARTMENT OF HUMAN SERVICES WAS MAILED TO MY HOME NOTIFYING ME HAVING BEEN PLACED WITHIN THE (ABAWD) GROUP AND  OF ONE MONTH OF 3 APPROVED MONTHS BEING USED AND THAT I MAY NEED TO MEET CERTAIN WORK REQUIREMENTS DO TO THE FACT I DON'T HAVE A DEPENDENT(CHILD) ON MY APPLICATION. WHICH IS A DISCRIMINATORY ACTION TAKEN AGAINST MY PERSON, FOR WHICH I MYSELF DEEMED A SOCIAL ECONOMIC DISCRIMINATION. THIS ACTION ALONE VIOLATES THE FEDERAL NO FEAR ACT AND DOJ TITLE VI SECTION XI  OF THE DOJ'S LEGAL MANUAL ENTITLING ME TO YET ANOTHER PUNITIVE PAYMENT OF $14,616,766.5(X2) TOTALLING A PUNITIVE PAYMENT OF $28,383,233,532.9.

3.) IN THE EVENT OF 3.) ON 9/14/2023  I WAS MAILED A DISCRIMINATORY LETTER FROM THE MISSISSIPPI DEPARTMENT OF HUMAN SERVICES NOTIFYING ME OF THE CLOSING OF MY STAMP CASE. THIS ALONE WAS TAKEN AS A DISCRIMINATORY ACTION UPON MY PERSON BY THE GOVERNMENT'S DEPARTMENT. THIS ACTION ENTITLES ME TO ANOTHER PUNITIVE PAYMENT OF $14,191,616,766.5(X2) TOTALLING A PUNITIVE PAYMENT OF $28,383,233,532.9

DUE TO IT BEING A VIOLATION OF ONE FEDERAL ACT(NO FEAR ACT) AND ONE FEDERAL STATUTE(DOJ TITLE VI SECTION XI).

4.) IN THE EVENT OF 4.) I, COS O. DENHAM PLAINTIFF, CLAIM 1$ NOMINAL FEE FOR REPORTING THIS HAPPENING TO THE PROPER OFFICIALS AND FOR DOING SO IN GOOD FAITH.

SECTION lV

RELIEF

IN THE REPORTED COMPLAINT OF SOCIAL ECONOMIC  DISCRIMINATION OF AN APPLICANT SEEKING GOVERNMENT ASSISTANCE PER THE MISSISSIPPI DEPARTMENT OF HUMAN SERVICES' (SNAP). MAY I ASK FOR THE COURT TO STOP AND REASSERT. MIGHT I PLAINTIFF COS O.DENHAM DEMAND FOR THE COURT'S JUDGES TO ORDER THE UNITED STATES FEDERAL GOVERNMENT AND MISSISSIPPI STATE GOVERNMENT TO STOP DISCRIMINATING. USING FACTS STATED IN THE CURRENT COMPLAINT DUE TO THE FILING OF THE ACTUAL COMPLAINT ITSELF  I, PLAINTIFF,  COS O. DENHAM REQUEST FOR THE COURT TO DEMAND THE UNITED STATES GOVERNMENT TO GRANT ME RELIEF SOUGHT AFTER IN SECTION V OF THIS ORIGINAL COMPLAINT. I REQUEST FOR A PAYMENT OF $1 NOMINAL FEE FOR REPORTING THE RIGHT THING TO THE RIGHT OFFICIALS. I ALSO REQUEST FOR THE COURT TO DEMAND THE UNITED STATES GOVERNMENT  TO PAY ME COS O. DENHAM A PUNITIVE PAYMENT OF $85,149,700,598.7. ALL PAYMENTS ARE TO BE MADE PAYABLE AND MAILED TO MY HOME ADDRESS 318 NORTH ST. #1 UNION, MS 39365.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b.  If the defendant is a corporation

    The defendant, *(name)* _____ , is incorporated under

    the laws of the State of *(name)* _____ , and has its

    principal place of business in the State of *(name)* _____ .

    Or is incorporated under the laws of *(foreign nation)* _____ ,

    and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.  The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
    THE AMOUNT OWED TO ME, PLAINTIFF IN THIS CASE, EXCEEDS $75,000 DUE TO AN EXCESSIVE AMOUNT OF GOVERNMENT EMPLOYEES BEING USED TO CONFIGURE A CLAIM AMOUNT. TOTALLING AN AMOUNT OF $85,149,700,598.7

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
SEE ATTACHED.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
SEE ATTACHED.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          02/27/2024

Signature of Plaintiff

Printed Name of Plaintiff     COS O. DENHAM

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address