# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**COS DENHAM**                                                                   **PLAINTIFF**

**vs.**                                          **CIVIL ACTION No.: 3:24-CV-116-HTW-LGI**

**UNITED STATES GOVERNMENT and**
**MISSISSIPPI DEPARTMENT OF HUMAN SERVICES**            **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 11]**. In her Report and Recommendation, filed on January 15, 2025, Magistrate Judge Isaac recommended that Plaintiff Cos Denham's Complaint [Doc. 1] be dismissed for lack of subject matter jurisdiction and for failure to state a viable claim. Magistrate Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days. Plaintiff filed his objections timely on January 21, 2025 [Docket no. 12].

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 11]**, this court finds it well-taken. Magistrate Judge Isaac carefully considered the submissions of the parties, the record, and relevant law, and crafted a well-versed Report and Recommendation. Therefore, this court overrules the Plaintiff's objections and hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

IT IS THEREFORE ORDERED THAT the Plaintiff Cos Denham's Complaint [Docket no. 1] hereby is **DISMISSED** with prejudice for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted.

In light of this court's ruling, all pending motions, including the pending IFP Motions [2] and [7], Motion for Leave to Amend Complaint [3], Motion for Extension of Time to Amend Complaint [9] and the Petition for Redress of Grievance [10] are hereby denied and dismissed as moot.

**SO ORDERED this the 28th day of January, 2025.**

<u>**/s/HENRY T. WINGATE**</u>
**UNITED STATES DISTRICT COURT JUDGE**